IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DAN BUNKERING (AMERICA) INC.** | § | **CIVIL ACTION NO. 2:19-943** |
| | § | |
| | § | **JUDGE** |
| | § | |
| | § | **MAGISTRATE** |
| | § | |
| **Versus** | § | |
| | § | |
| **CANDY APPLE** *in rem* | § | |
| **CANDY CAP LP** *in personam* | § | |
| **EPIC COMPANIES, LLC** *in personam* | § | |
| **EPIC APPLIED TECHNOLOGIES,** | § | |
| **LLC** *in personam* | § | |

## MOTION FOR ISSUANCE OF WARRANT OF ARREST, *IN REM*

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Dan Bunkering (America) Inc., and upon suggesting to the Court that the Verified Complaint filed herein set forth the required conditions for the issuance of a maritime arrest *in rem* pursuant to Admiralty Rule C and that the conditions set forth in LAR 4.1 have been satisfied, respectfully requests that the Court authorize and order the Clerk of Court to issue a warrant for the arrest of the CANDY APPLE, her engines, rigging, tackle, appurtenances, equipment, furnishings, and fixtures.

Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest or attachment of the vessel.

Respectfully submitted,

ADAM AND REESE LLP

/s/ *L. Cole Callihan*
Matthew Guy (#31182)
L. Cole Callihan (#33756)
701 Poydras Street, Suite 4500
New Orleans, Louisiana, 70139
Tel:  (504) 581-3234
Fax:  (504) 584-9503
Email:  matthew.guy@arlaw.com
            cole.calihan@arlaw.com

*Attorneys for Dan Bunkering (America) Inc.*